THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARK DISHAW, Appellant.— *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum *Per Curiam.*